UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TONY NGOC NGUYEN,

    Plaintiff,

vs.                                            CASE NO. 8:23-cv-00462-MSS-AEP

WALMART, INC. d/b/a WALMART
SUPERCENTER # 967, and DAVID
PETTIGREW, and DEPUTY MICHAEL
MCNEELEY, in his individual capacity,

    Defendants.
_____/

PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT MICHAEL
MCNEELEY'S MOTION TO DISMISS WITH MEMORANDUM OF LAW

NOW COMES, Plaintiff, TONY NGOC NGUYEN, in his individual capacity (hereinafter referred to as "Plaintiff"), by and through his undersigned counsel, hereby responds to Defendant Michael Mcneeley's Motion to Dismiss Plaintiff's Complaint for Damages, and states as follows:

I.    Defendant Mcneeley's Motion to Dismissed Plaintiff's Original Complaint is moot with filing of Plaintiff's amended complaint on April 18, 2023

On April 18, 2023, Plaintiff filed an amended complaint pursuant to FRCP 15 (a) (1)(B) as a matter of course. [Doc. 21]. An amended complaint completely supersedes the original complaint, and once a complaint is amended, the only

1

issues before the Court are the ones raised in the text of the amended complaint. See Fritz v. Standard Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982). Therefore, Mcneeley's Motion to Dismissed Plaintiff's Original Complaint must be denied for mootness.

Date: April 18, 2023

Respectfully submitted,

/s/ Harry M. Daniels
Harry M. Daniels
Georgia Bar No. 234158
*(Pending Special Admission)*

Law Offices of Harry M. Daniels, LLC
4751 Best Road Suite 490
Atlanta, GA 30337
Tel.: (678) 664-8529
Fax.: (800) 867-5248
daniels@harrymdaniels.com

/s/ Norman Harris
Norman Harris
Florida Bar No. 0077474

Champions for Justice Law, LLC
100 S Ashley Dr., Suite 600
Tampa, Florida 33602
Tel.: (813) 449-4295
nharris@cfjlaw.com

/s/ Shaunette L. Stokes
Shaunette L. Stokes
Florida Bar No. 109278

Stokes Law Group
10150 Highland Manor Drive
Suite 200
Tampa, Florida 33602
Tel.: (813) 444-4156

Fax.: (813) 702-1976
Shaunette@stokeslegalcounsel.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of April 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

Bobby G. Palmer , Jr.
Hilyard, Bogan & Palmer, PA
105 E Robinson St - Suite 201
PO Box 4973
Orlando, FL 32802
407/425-4251 Ext 216
Fax: 407/841-8431
Email: bpalmer@hilyardlawfirm.com

Michael H. Kestenbaum
Luks, Santaniello, Petrillo, Cohen & Peterfriend
201 South Orange Avenue
Suite 400
Orlando, FL 32801
407-218-4832
Fax: 407-540-9171
Email: mkestenbaum@insurancedefense.net


J Marcos Martinez
Luks & Santaniello, LLC
FL
150 W Flagler Street
Suite 2600
Miami, FL 33130

305-377-8900
Email: mmartinez@insurancedefense.net

                                                                      */s/ Shaunette L. Stokes*
                                                                       Shaunette L. Stokes
                                                                       Florida Bar No. 109278