# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| TONY NGOC NGUYEN, )<br>)<br>PLAINTIFF, )<br>)<br>V. )<br>)<br>)<br>WALMART INC., D/B/A )<br>WALMART )<br>SUPERCENTER #967; )<br>)<br>AND )<br>)<br>DAVID PETTIGREW; )<br>)<br>AND )<br>)<br>)<br>DEPUTY MICHAEL MCNEELEY )<br>In his individual capacity, )<br>)<br>DEFENDANTS. ) | Case No: 8:23-cv-00462-MSS-AEP |

<u>PLAINTIFF TONY NGOC NGUYEN'S, DISCLOSURE STATEMENT PRUSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiff, TONY NGOC NGUYEN ("Plaintiff"), makes the following disclosures:

     1.    If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent

corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

TONY NGOC NGUYEN is an individual.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. §1332(a), name and identify the citizenship of every individual or entity who citizenship is attributed to the filing party or intervenor: [To identify citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenship of all members or partners of that entity.

Not applicable. Jurisdiction for this action is not based on diversity under 28 U.S.C. Section 1332(a).

3. Identify each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome.

| | | |
|---|---|---|
| a. | Tony Ngoc Nguyen | Plaintiff |
| b. | Walmart, Inc. | Defendant |
| c. | David Pettigrew | Defendant |
| d. | Deputy Michael McNeely | Defendant |
| e. | Harry M. Daniels, Esquire | Plaintiff's Counsel |
| f. | Law Offices of Harry M. Daniels, LLC | Plaintiff's Counsel |
| g. | Shaunette L. Stokes, Esquire | Plaintiff's Counsel |
| h. | Stokes Law Group | Plaintiff's Counsel |
| i. | Norman Harris, Esquire | Plaintiff's Counsel |
| j. | Champions for Justice Law, LLC | Plaintiff's Counsel |

| | | |
|---|---|---|
| k. | Michael H. Kestenbaum, Esq | Defense counsel |
| l. | Marcos Martinez, Esq. | Defense counsel |
| m. | Daniel J. Santaniello, Esq. | Defense counsel |
| n. | Bobby G. Palmer, Esq. | Defense counsel |
| o. | Damon S. Starrett, Esq. | Defense counsel |
| p. | Hilyard, Bogan & Palmer, P.A. | Defense counsel |
| q. | Luks, Santaniello, Petrillo, Cohen & Peterfriend | Defense counsel |

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome.

Plaintiff is not aware of any publicly traded entities that may be affected by the outcome of these proceedings, aside from those publicly traded entities identified herein.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee.

   a. None known at this time.

6. Identify each person arguably eligible for restitution:

   a. Plaintiff Tony Ngoc Nguyen is the only person seeking money damages.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen dates after I know of a conflict.

Respectfully submitted,

By: **/s/ Harry M. Daniels, Esq.**
Harry M. Daniels, Esq
GA Bar No.: 767301
Law Offices of Harry M. Daniels, LLC
4751 Best Road Suite 490
Atlanta, Georgia 30337
Telephone: (678) 664-8529
Facsimile: (800) 867-5248
daniels@harrymdaniels.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2023, I filed the foregoing document with the Clerk of the Court via the CM/ECF system which will send a notice to all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: **/s/ Harry M. Daniels, Esq.**
Harry M. Daniels, Esq

SERVICE LIST

Michael H. Kestenbaum, Esq.
LUKS,SANTANIELLO,PETRILLO, COHEN & PETERFRIEND
201 S Orange Avenue, Suite 400
Orlando, Fl 32801
Telephone: (407) 540-9170
Facsimile:   (407) 540-9171
mkestenbaum@insurancedefense.net

Bobby G. Palmer, Jr.
Damon S. Starrett, Esq.
HILYARD, BOGAN & PALMER, P.A.
Post Office Box 4973
Orlando, Florida 32802-4973
Telephone: (407) 425-4251
Facsimile: (407) 841-8431
bpalmer@hilyardlawfirm.com
dstarrett@hilyardlawfirm.com

Norman Harris, Esquire
Champions for Justice Law, LLC
100 S Ashley Dr., Suite 600
Tampa, Florida 33602
Telephone: (813) 449-4295
nharris@cfjlaw.com

Shaunette L. Stokes, Esquire
Stokes Law Group
10150 Highland Manor Drive, Suite 200
Tampa, Florida 33602
Telephone: (813) 444-4156
Facsimile: (813) 702-1976
shaunette@stokeslegalcounsel.com