UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TONY NGOC NGUYEN,

     Plaintiff,

vs.                                                  CASE NO. 8:23-cv-00462-MSS-AEP

WALMART, INC. d/b/a WALMART
SUPERCENTER # 967, and DAVID
PETTIGREW, and DEPUTY MICHAEL
MCNEELEY, in his individual capacity,

     Defendants.

_____/

## <u>NOTICE OF MEDIATION</u>

     PLEASE TAKE NOTICE that the Mediation ordered by the Court will take

place at the time, date and place indicated below:

DATE:         May 17, 2024

TIME:         9:30 a.m.

PLACE:        Mediate First, Inc.,
                  200 E. Robinson Street
                  Suite 700
                  Orlando, FL  32801

MEDIATOR:   Donna Doyle, Esq.
                  Mediate First, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of September, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following: Harry M. Daniels, Esq., 4751 Best Rd, Suite 490, Atlanta, GA 30337 and Shaunette L. Stokes, Esq., 10150 Highland Manor Dr., Suite 200, Tampa, FL 33602, Attorneys for Plaintiff; Michael H. Kestenbaum, Esq. and J. Marcos Martinez, Esq., 201 S. Orange Ave., Suite  400, Orlando, FL 32801, Attorneys for David Pettigrew and Walmart.

/s/ Bobby G. Palmer, Jr.
BOBBY G. PALMER, JR., ESQ.
Florida Bar No. 398380
bpalmer@hilyardlawfirm.com
DAMON S. STARRETT, ESQ.
Florida Bar No. 36600
dstarrett@hilyardlawfirm.com
HILYARD, BOGAN & PALMER, P.A.
Post Office Box 4973
Orlando, Florida 32802-4973
Telephone:  (407) 425-4251
Facsimile:  (407) 841-8431
bpalmer@hilyardlawfirm.com
dstarrett@hilyardlawfirm.com
Attorneys for the Defendant, Deputy Michael McNeeley